COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:       01-15-00846-CV

Style:       Predator Downhole, Inc. and Nancy Vermeulen

      **v** Flotek Industries, Inc.

Date motion filed[*]:       January 19, 2016

Type of motion:       Appellee's Motion for Leave to file Appendix Under Seal

Party filing motion:       Appellee

Document to be filed:

Is appeal accelerated?       Yes

If motion to extend time:

      Original due date:

      Number of prior extensions:       Current Due date:

      Date Requested:

Ordered that motion is:

      ☐ Granted

           If document is to be filed, document due:

           ☐       The Court will not grant additional motions to extend time

      ☒ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      **Appellant's motion does not include a certificate of conference. *See* TEX. R. APP. P. 10.1(a)(5). Accordingly, the motion is denied. Nevertheless, the Court will consider any future motion filed in compliance with the rules.**

Judge's signature: /s/ Chief Justice Sherry Radack

           ☒ Acting individually       ☐ Acting for the Court

Date: January 26, 2016